IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | 4:23-CR-00193-P |
| | § | |
| MARGRETTA JABBEH, | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant Margretta Jabbeh hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence of imprisonment for a total term of one hundred and twenty nine months (129) months, three (3) years of supervised release, and a special assessment of $100, that was signed in this case on February 15, 2024.

Respectfully submitted,

/s/ EDWARD ODRE
EDWARD ODRE
State Bar of Texas No. 24125677
1300 S. University Dr., Ste. 318
Fort Worth, TX 76107
Telephone: (817) 900-6000
medlinlaw@medlinfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice was served by e-mail to all parties through the ECF system on February 22, 2024.

/s/ EDWARD ODRE
EDWARD ODRE